Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Côté, Esq. (State Bar No. 132889)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff CARMEN JOHN PERRI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>           Plaintiff,<br><br>v.<br><br>LA AMERICANA CHECK CASHING, a business of unknown form; V-MAX, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.: 2:18-cv-07491-PA-JEM<br><br>Hon. Percy Anderson<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO DISMISS OR APPEAR**<br><br>Complaint Filed: August 27, 2018 |

**JOINT STIPULATION TO EXTEND DEADLINE**

**TO THE COURT AND ALL PARTIES:**

It is hereby stipulated that Plaintiff CARMEN JOHN PERRI ("Plaintiff") and and V-MAX, LLC ("Defendant") (together, "the Parties") agree and jointly request to extend the deadline to file with the court a dismissal of the action or to appear, in-person or telephonically with their clients, to place the settlement on the record pursuant to the Court's Order dated February 22, 2019 from March 4, 2019 to April 1, 2019.

## **RECITALS**

1. WHEREAS, Plaintiff filed the instant Complaint with this Court on August 27, 2018.

2. WHEREAS, the Parties are currently finalizing a settlement agreement and release and require additional time.

Therefore, the Parties hereby stipulate and request, by and through their undersigned counsel, that the Court may enter an Order extending deadline to file with the court a dismissal of the action or to appear, in-person or telephonically with their clients, to place the settlement on the record from March 4, 2019 to April 1, 2019 in order to allow the Parties finalize the settlement agreement and release.

//
//
//

1
**JOINT STIPULATION TO EXTEND DEADLINE**

Respectfully submitted,

Dated: March 4, 2019         **MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning Jr., Esq.
    Attorneys for Plaintiff

Dated: March 4, 2019

By: /s/ *Geoffrey G. Melkonian*
    Geoffrey G. Melkonian, Esq.
    Attorney for Defendant VMAX, LLC

**JOINT STIPULATION TO EXTEND DEADLINE**